IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:08cr28-5-RLV
(5:12CV156-RLV)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | SCHEDULING ORDER |
| | ) | |
| TRACY BERNARD REDFEAR | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Judgment filed by the Clerk of Court,[1] in accordance with the Court's Order, filed on April 4, 2013.[2]

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby scheduled for re-sentencing on **Monday, August 5, 2013, at 10 AM,** in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina; and

2) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office.

Signed: July 8, 2013

Richard L. Voorhees
United States District Judge

---

[1] The Judgment was filed by the Clerk on April 4, 2013.
[2] Defendant filed a Motion to Vacate, Set Aside, or Correct Sentence filed under 28 U. S. C. § 2255, in

case 5:12CV156, (Doc. No. 1) on October 15, 2012, which the Court granted.